JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 555 -- In re Air Crash Disaster at Mannheim, Germany, on September 11, 1982

| Date | | Description |
|---|---|---|
| 83/05/26 | 1 | MOTION, BRIEF, SCHEDULE, CERTIFICATE OF SERVICE -- Pltfs. Karin Trumpfheller, et al. and Birgit Brock, et al. (cds) SUGGESTED TRANSFEREE COURT: E.D. Pennsylvania SUGGESTED TRANSFEREE JUDGE: |
| 83/05/31 | 2 | LETTER/RESPONSE -- The Boeing Co. w/svc. (ds) |
| 83/06/06 | | Appearance -- JAMES J. MCCARTHY, ESQ. for Ursula J. Schoenborn, etc., et al. (ds) |
| 83/06/24 | | HEARING ORDER -- Setting motion for Panel Hearing in Portland, Maine on July 28, 1983 (cds) |
| 83/07/21 | | HEARING APPEARANCE -- ALL PARTIES WAIVE 7/28/83 HEARING IN PORTLAND, ME. (rew) |
| 83/08/05 | | CONSENT OF TRANSFEREE JUDGE -- Assigning litigation to the Hon. Charles R. Weiner, E.D. Pa., for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (ds) |
| 83/08/05 | | TRANSFER ORDER -- transferring A-1 and A-3 to the E.D. Pa. for pretrial proceedings. Notified involved judges, clerks, counsel and misc. recipients. (ds) |
| 83/10/28 | | HEARING APPEARANCES: WILLIAM F. KOEGEL, ESQ. for Merrill Lynch, Pierce, Fenner & Smith, Inc.; MARSHALL PATNER, ESQ. for Wallace M. Rudolph; ROBERT J. WOODY, ESQ. for Blyth Eastman Pain Webber, Inc. (cds) |
| 83/10/28 | | WAIVERS OF ORAL ARGUMENT: Central Lincoln PUD, Clatskanie PUD, Northern Wasco County PUD, Tillamook PUD, City of Cascade Locks, City of Canby Utility Board; PUD No. 1 of Chelan County, WA; PUD No. 1 of Clallam County, WA, PUD No. 1 of Douglas County, WA, PUD No. 2 of Grant County, WA, PUD No. 1 of Snohomish County, WA, City of Richland, WA; City of Seattle; Dr. Joseph Harris; Chemical Bank; David Gold and Marvin Frankel; Pacific Power & Light; Henry Puchall; City of Bandon, et al.; Big Bend Electric Cooperative, Inc., et al.; City of Ellensburg, et al. (cds) |
| 84/08/30 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-45 Leo Schoenborn, et al. v. The Boeing Company, W.D. Michigan, C.A. No. G84-810-CA. Notified involved counsel and judge (rh) |
| 84/09/11 | | APPEARANCE: VALARIE HURLEY TWANMOH, ESQ. for Leo Schoenborn, et al. (rh) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 555 -- In re Air Crash Disaster at Mannheim, Germany, on September 11, 1982

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/09/12 | 3 | NOTICE OF OPPOSITION -- B-45 Leo Schoenborn, et al. v. The Boeing Company, W.D. Mich., C.A. No. G84-810-CA -- filed by pltf. Leo Schoenborn, et al. (rh) |
| 84/09/27 | 4 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER (B-45 Leo Schoenborn, et al. v. The Boeing Co., W.D.Mich., #G84-810-CA) -- pltfs. Leo Schoenborn, et al. -- w/cert. of service (cds) |
| 84/09/27 | | CONDITIONAL TRANSFER ORDER FILED TODAY (7 actions, B-46 - B-52 listed below) -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds)<br>B-46 Fritz Ruchti, et al. v. The Boeing Co. — W.D.Ark. Waters — 84-5134<br>B-47 Karl-Heinz Aulenbacher, et al. v. The Boeing Co. — W.D. Ark Waters — 84-5135<br>B-48 Georg Trumpfheller, et al. v. The Boeing Co. — W.D. Ark Waters — 84-5136<br>B-49 Horst Exle v. The Boeing Co. — W.D. Ark Waters — 84-5137<br>B-50 Harry Gern, et al. v. The Boeing Co. — W.D.Ark. Waters — 84-5138<br>B-51 Werner Dingert, et al. v. The Boeing Co. — W.D.Ark. Waters — 84-5139<br>B-52 Ranier Berkenfeld, et al. v. The Boeing Co. — W.D.Ark. Waters — 84-5140 |
| 84/10/11 | 5 | RESPONSE/BRIEF (to pldge. 4) -- The Boeing Co. -- w/cert. of svc. (emh) |
| 84/10/15 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY (B-46 - B-52, LISTED BELOW) -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds)<br>B-46 Fritz Ruchti, et al. v. The Boeing Co. — W.D.Ark. Waters — 84-5134<br>B-47 Karl-Heinz Aulenbacher, et al. v. The Boeing Co. — W.D. Ark Waters — 84-5135<br>B-48 Georg Trumpfheller, et al. v. The Boeing Co. — W.D. Ark Waters — 84-5136<br>B-49 Horst Exle v. The Boeing Co. — W.D. Ark Waters — 84-5137<br>B-50 Harry Gern, et al. v. The Boeing Co. — W.D.Ark. Waters — 84-5138<br>B-51 Werner Dingert, et al. v. The Boeing Co. — W.D.Ark. Waters — 84-5139<br>B-52 Ranier Berkenfeld, et al. v. The Boeing Co. — W.D.Ark. Waters — 84-5140 |

JPML FORM 1A                                                                 p.3

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 555 -- In re Air Crash Disaster at Mannheim, Germany, on September 11, 1982

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/10/19 | 6 | SUPPLEMENTAL RESPONSE (to pldg. 5) -- Boeing Company -- w/cert. of svc. (emh) |
| 84/12/14 | | HEARING ORDER -- Setting motion for transfer of B-45 for Panel Hearing in New Orleans, Louisiana on January 24, 1985 (rh) |
| 85/01/22 | | ~~HEARING APPEARANCE: BARRY J. REINGOLD, ESQ. for Boeing Co. (cds)~~ ALL WAIVED |
| 85/01/22 | | WAIVERS OF ORAL ARGUMENT: Leo Schoenborn, et al.; pltfs. Schoenborn, Edwards, Sutton & Cruz (cds) |
| 85/02/05 | | TRANSFER ORDER -- transferring B-45 Leo Schoenborn, et al. v. The Boeing Company, W.D. Michigan, C.A. No. G84-810-CA to the E.D. Pennsylvania for pretrial proceedings pursuant to 28 U.S.C. §1407. Notified involved clerks, judges, counsel and misc. recipients (rh) |
| 85/02/12 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-55 Iris Elke Inge Tusche, et al. v. The Boeing Co., N.D. California, C.A. No. C84-6164-MHP -- Notified involved counsel and judge (rh) |
| 85/02/28 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-55 Iris Elke Inge Tusche, et al. v. The Boeing Co., N.D. Cal., C.A. No. C84-6164-MPH. Notified involved clerks and judges. (ds) |

JPML Form 1

p. 1

Revised: 8/78

DOCKET NO. 555 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Air Crash Disaster at Mannheim, Germany, on September 11, 1982

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
| --- | --- | --- | --- | --- | --- | --- |
| 7/28/83 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 8/5/83 | TO | (unpublished) | E.D. Pa. 313 | Charles R. Weiner | |

### Special Transferee Information

DATE CLOSED: 1-30-86

JPML FORM 1

**LISTING OF INVOLVED ACTIONS**

P. 2

DOCKET NO. 555 -- In re Air Crash Disaster at Mannheim, Germany, on September 11, 1982

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Birgit Brock, et al. v. The Boeing Company | N.D.Cal. Henderson | 83-2448-TEH | 8/5/83 | 83-4092 | 1-30-86D | |
| A-2 | Ursula J. Schoenborn v. The Boeing Company | E.D.Pa. Weiner | 82-4339 | | | | |
| A-3 | Karin Trumpfheller, et al. v. The Boeing Company | N.D.Cal. Conti | 83-2467-SC | 8/5/83 | 83-3958 | 1-30-86D | 8-16 |
| XYZ-4 | Alice E. DeVault, etc. v. The Boeing Co. | E.D.Pa. Weiner | 83-0969 | | | 1-30-86D | |
| XYZ-5 | Cheryl A. Eschler, etc., et al. v. The Boeing Co. | E.D.Pa. Weiner | 82-4589 | | | 1-30-86D | 12-28-82 |
| XYZ-6 | Susan Sutton v. The Boeing Company | E.D.Pa. | 82-4539 | | | 1-30-86D | |
| XYZ-7 | Sheila Cruz v. The Boeing Company | E.D.Pa. | 82-4540 | | | 1-30-86D | 12-28-82 |
| XYZ-8 | Ursula J. Schoenborn, et al. v. The Boeing Company | E.D.Pa. | 82-4541 | | | 1-30-86D | 12-28-82 |
| XYZ-9 | Cheryl A. Eschler, et al. v. The Boeing Company | E.D.Pa. | 82-4589 | | | 1-30-86D | 12-28-82 |
| XYZ-10 | Barbara D. Scott, et al. v. The Boeing Company | E.D.Pa. | 83-0970 | | | 1-30-86D | 3-23-83 |
| XYZ-11 | Milada Ruchti, et al. v. The Boeing Company | E.D.Pa. | 83-971 | | | 1-30-86D | 3-22-83 |
| XYZ-12 | Teresa L. Stewart v. The Boeing Company | E.D.Pa. | 83-1548 | | | 1-30-86D | 4-15-83 |
| XYZ-13 | Nola Fonfe v. The Boeing Company | E.D.Pa. | 83-1604 | | | 1-30-86D | |

DOCKET NO. 555 -- In re Air Crash Disaster at Mannheim, Germany, on September 11, 1982

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-14 | Christaine Schuber, et al. v. The Boeing Company | E.D.Pa. | 83-1606 | | | 12/20/83 D | |
| XYZ-15 | Brenda Helen Raymond v. The Boeing Company | E.D.Pa. | 83-1850 | | | 1-30-86 | Remanded 4-25-83 |
| XYZ-16 | Joan Doris Porter v. The Boeing Co. | E.D.Pa. | 83-1851 | | | 1-30-86 | Remanded 4-25-83 |
| XYZ-17 | Peter George Kibblewhite v. The Boeing Company | E.D.Pa. | 83-1852 | | | 1-30-86 | Remanded 4-25-83 |
| XYZ-18 | Frank Bertram Coombs, et al. v. The Boeing Company | E.D.Pa. | 83-1853 | | | 1-30-86 | Remanded 4-25-83 |
| XYZ-19 | Susan Laura Shiers v. The Boeing Co. | E.D.Pa. | 83-1854 | | | 1-30-86 | Remanded 4-25-83 |
| XYZ-20 | Ronald Gordon Green v. The Boeing Co. | E.D.Pa. | 83-1855 | | | 1-30-86 | Remanded 4-25-83 |
| XYZ-21 | Otto Schindler, et al. v. The Boeing Company | E.D.Pa. | 83-1856 | | | 1-30-86 | Remanded 4-25-83 |
| XYZ-22 | Peter Harold Ridgewell, et al. v. The Boeing Company | E.D.Pa. | 83-1857 | | | 1-30-86 | Remanded 4-25-83 |
| XYZ-23 | Karen Hazell, et al. v. The Boeing Co. | E.D.Pa. | 83-1858 | | | 1-30-86 | Remanded 4-25-83 |
| XYZ-24 | Anne Marie Bloch, et al. v. The Boeing Company | E.D.Pa. | 83-1981 | | | 12/20/83 D | |
| XYZ-25 | Henry Boulay, et al. v. The Boeing Company | E.D.Pa. | 83-1982 | | | 12/20/83 D | |
| XYZ-26 | Sylvain Biret, et al. v. The Boeing Company | E.D.Pa. | 83-1983 | | | 12/20/83 D | |
| XYZ-27 | Jacqueline Regnaud v. The Boeing Co. | E.D.Pa. | 83-1984 | | | 12/20/83 D | |
| XYZ-28 | Jean Eugene Combaz, et al. v. The Boeing Company | E.D.Pa. | 83-1985 | | | 12/20/83 D | |
| XYZ-29 | Pierre Audraine, et al. v. The Boeing Company | E.D.Pa. | 83-1986 | | | 12/20/83 D | |

DOCKET NO. 555 -- In re Air Crash Disaster at Mannheim, Germany, on September 11, 1982

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-30 | Pierre Salsou, et al. v. The Boeing Company | E.D.Pa. | 83-1987 | | | 12/20/83 D | |
| XYZ-31 | Paul Lopez, et al. v. The Boeing Co. | E.D.Pa. | 83-1988 | | | 12/20/83 D | |
| XYZ-32 | Paul Gajda, et al. v. The Boeing Co. | E.D.Pa. | 83-1989 | | | 12/20/83 D | |
| XYZ-33 | Joseph Sassy, et al. v. The Boeing Co. | E.D.Pa. | 83-1990 | | | 1/26/84 D | |
| XYZ-34 | Joseph Crimi, et al. v. The Boeing Co. | E.D.Pa. | 83-1991 | | | 12/20/83 D | |
| XYZ-35 | Jules Benvenutti, et al. v. The Boeing Company | E.D.Pa. | 83-1992 | | | 12/20/83 D | |
| XYZ-36 | Mariano Comitogianni, et al. v. The Boeing Company | E.D.Pa. | 83-1993 | | | 12/20/83 D | |
| XYZ-37 | Michel Pierret, et al. v. The Boeing Company | E.D.Pa. | 83-1994 | | | 1-30-86 | 9-7-83 |
| XYZ-38 | Clement Maistre, et al. v. The Boeing Company | E.D.Pa. | 83-1995 | | | 12/20/83 D | |
| XYZ-39 | Jean Saget, et al. v. The Boeing Co. | E.D.Pa. | 83-1996 | | | 12/20/83 D | |
| XYZ-40 | Philippe Capdevielle v. The Boeing Co. | E.D.Pa. | 83-1997 | | | 12/20/83 D | |
| XYZ-41 | Victor Stoka, et al. v. The Boeing Co. | E.D.Pa. | 83-1998 | | | 12/20/83 D | |
| XYZ-42 | Magdeline Prette Hellou v. The Boeing Company | E.D.Pa. | 83-1999 | | | 12/20/83 D | |
| XYZ-43 | Kathryn Suzanne Hudson v. The Boeing Company | E.D.Pa. | 83-3163 | | | 1-30-86 | 9-7-83 |
| XYZ-44 | Alice E. deVault v. The Boeing Co. | E.D.Pa. | 83-4831 | | | 1-30-86 A | 10-7-83 |

July 1984 - 2 pc/42 XYZ/44 Pdg.

DOCKET NO. 555 -- In re Air Crash Disaster at Mannheim, Germany, on September 11, 1982

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-45 | Leo Schoenborn, et al. v. The Boeing Company  8-30-84 | W.D.Mich Miles | G84-810-CA | 2-5-85 | 85-951 | 1-30-86D | 3-28-85 |
| B-46 | Fritz Ruchti, et al. v. The Boeing Co.  9/27/84 | W.D.Ark. Waters | 84-5134 | 10/15/84 | 84-5194 | 1-30-86D | 10-30-84 |
| B-47 | Karl-Heinz Aulenbacher, et al. v. The Boeing Co.  9/27/84 | W.D. Ark. Waters | 84-5135 | 10/15/85 | 84-5193 | 1-30-86D | 10-30-84 |
| B-48 | Georg Trumpfheller, et al. v. The Boeing Co.  9/27/84 | W.D. Ark. Waters | 84-5136 | 10/15/85 | 84-5192 | 1-30-86D | 10-30-84 |
| B-49 | Horst Exle v. The Boeing Co. 9/27/84 | W.D. Ark Waters | 84-5137 | 10/15/84 | 84-5191 | 1-30-86D | 10-30-84 |
| B-50 | Harry Gern, et al. v. The Boeing Co.  9/27/84 | W.D.Ark. Waters | 84-5138 | 10/15/84 | 84-5190 | 1-30-86D | 10-30-84 |
| B-51 | Werner Dingert, et al. v. The Boeing Co.  9/27/84 | W.D.Ark. Waters | 84-5139 | 10/15/84 | 84-5189 | 1-30-86D | 10-30-84 |
| B-52 | Ranier Berkenfeld, et al. v. The Boeing Co.  9/27/84 | W.D.Ark. Waters | 84-5140 | 10/15/84 | 84-5186 | 1-30-86D | 10-30-84 |
| xyz-53 | Dr. Ernst Schaaf, et al. v. The Boeing Co. | E.D.Pa. | 84-3959 | | | 1-30-86D | |
| XYZ-54 | Iris Tusche, etc. v. The Boeing Co. | E.D.Pa. | 84-4313 | | | 1-30-86D | |
| ~~XYZ-55~~ | ~~Jones Brewery Co. of Smithton, Pa. v. The Boeing Co.~~  Not in 555 | ~~E.D.Pa.~~ | ~~84-4314~~ | | | | |

DOCKET NO. 555 -- In re Air Crash Disaster at Mannheim, Germany, on September 11, 1982

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-55 | Iris Elke Inge Tusche, et al. v. The Boeing Co. 2-19-85 | N.D.Cal Patel | C84-6164-MHP | 2/28/85 | 85-1576 | | Reopen 3-28-85 |

July 1985 — 9 Tre; 2 XYZ; 19 Dis; 36 Reg

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 555 -- In re Air Crash Disaster at Mannheim, Germany,

on September 11, 1982

---

BIRGIT BROCK, ET AL. (A-1)
KARIN TRUMPFHELLER, ET AL. (A-3)
Thomas G. Smith, Esquire
Sterns, Smith, Elstead & Walker
~~490 Pacific Aven~~ue 280 Utah Street
San Francisco, California  94133


URSULA J. SCHOENBORN (A-2)
James J. McCarthy, Esquire
1801 Avenue of the Stars,
Suite 810
Los Angeles, California 90067


LEO SCHOENBORN, ET AL. (B-45)
Valarie Hurley Twanmoh, Esquire
Cholette, Perkins & Buchanan
600 Old Kent Bank Bldg.
Grand Rapids, Michigan  49503

---

FRITZ RUCHTI, ET AL. (B-46)
KARL-HEINZ AULENBACHER, ET AL. (B-47)
GEORG TRUMPFHELLER, ET AL. (B-48)
HORST EXLE (B-49)
HARRY GERN (B-50)
WERNER DINGERT, ET AL. (B-51)
RANIER BERKENFELD, ET AL. (B-52)
Boyce R. Davis, Esquire
P.O. Box I
Lincoln, Arkansas  72744


IRIS ELKE INGE TUSCHE, ET AL. (B-55)
Gerald C. Sterns, Esquire
Thomas G. Smith, Esquire
Law Offices of
Sterns, Smith & Walker
~~490~~ 280 Utah Street
San Francisco, California  94103

---

THE BOEING CO.

Barry J. Reingold, Esq.
Perkins, Coie, Stone, Olsen
  & Williams
1110 Vermont Avenue, N.W.
Suite 1200
Washington, D. C.  20005

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 555 -- In re Air Crash Disaster at Mannheim, Germany, on September 11, 1982

NOTICE OF OPPOSITION

LEO SCHOENBORN, ET AL. (B-45)
Valerie Hurley Twanmoh, Esq.
Cholette, Perkins & Buchanan
600 Old Kent Bank Bldg.
Grand Rapids, Michigan  49503

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 555 -- In re Air Crash Disaster at Mannheim, Germany, on Sept. 11, 1982

| Name of Party | Named as Party in Following Actions |
|---|---|
| The Boeing Company | A-1, A-2, A-3 4, 5 B-1 5 55 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |