JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG -5 1983

PATRICIA D. [illegible]
CLERK [illegible]

DOCKET NO. 555

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH DISASTER AT MANNHEIM, GERMANY, ON SEPTEMBER 11, 1982

TRANSFER ORDER*

All parties to the actions listed on the attached Schedule A either agree on the desirability of or do not oppose transferring, pursuant to 28 U.S.C. §1407, two actions pending in the Northern District of California to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings with the action pending in that district.[1] The Panel has found upon consideration of the papers submitted[2] that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in the Northern District of California be, and the same hereby are, transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable Charles R. Weiner for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\* Judge Robert H. Schnacke took no part in the decision of this matter.

1/ The Panel has been advised that additional related actions are pending in the Eastern District of Pennsylvania. These actions will be treated as potential tag-along actions. See Rule 10(a), R.P.J.P.M.L., 89 F.R.D. 273, 279 (1981).

2/ The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

MDL-555 -- In re Air Crash Disaster at Mannheim, Germany, on September 11, 1982

### Northern District of California

Birgit Brock, et al. v. The Boeing Co., C.A. No. C83-2448-TEH
Karin Trumpfheller, et al. v. The Boeing Co., C.A. No. C83-2467-SC

### Eastern District of Pennsylvania

Ursula J. Schoenborn v. The Boeing Co, C.A. No. 82-4339